|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 3 2017 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: DAN FARR PRODUCTIONS; BRYAN BRANDENBURG; DANIEL FARR.

_____

DAN FARR PRODUCTIONS; DANIEL FARR; BRYAN BRANDENBURG,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,

        Respondent,

SAN DIEGO COMIC CONVENTION,

        Real Party in Interest.

No. 17-72682

D.C. No. 3:14-cv-01865-AJB-JMA
Southern District of California, San Diego

ORDER

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

    Petitioners' emergency motion to expedite consideration of this petition for writ of mandamus (Docket Entry No. 2) is granted.

    This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, the real party in interest shall file an answer by October 6, 2017 at 12:00 p.m. PDT.

KML/MOATT

2

The district court may address the petition if it so desires, by October 10, 2017 at 10:00 a.m. PDT.  The district court may elect to file an answer with this court or to issue an order and serve a copy on this court.  Petitioner may file a reply within 1 days after service of the answer(s).

This panel retains jurisdiction over this petition.

The Clerk shall serve this order on the district court and District Judge Anthony J. Battaglia.